**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  13-cv-01402-LTB-KMT

CHERIE LENI,

        Plaintiff,

v.

GILBERT G. WEISKOPF,

        Defendant.

---

**ORDER**

---

      THIS MATTER having come before the Court on the Joint Stipulated Motion for Dismissal With Prejudice of Lawsuit (Doc 21 - filed December 31, 2013), and the Court being fully advised in the premises, it is therefore

      ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                  BY THE COURT:

                                    s/Lewis T. Babcock
                                  Lewis T. Babcock, Judge

DATED:   January 2, 2014